\*\*E-Filed 7/9/2009\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEVON KLEIN, et al.,<br><br>　　　　　　　Defendants. | Case Number C 09-0933 JF<br><br>ORDER[1] RE CASE STATUS |

　　　　On March 3, 2009, Plaintiff James Alan Bush filed the instant action against Defendants Devon Klein and Sunnyvale Department of Public Safety (collectively, "Defendants"), alleging that Defendant Klein disclosed Plaintiff's health condition to certain members of the public in violation of 42 U.S.C. § 1983.  On March 11, 2009, Plaintiff filed an application to proceed *in forma pauperis*.  On April 1, 2009, the Court denied the application without leave to amend. Plaintiff subsequently filed a notice of appeal with respect to the denial.

　　　　On June 30, 2009, Plaintiff's appeal was dismissed for lack of jurisdiction.  Accordingly, Plaintiff shall be given thirty (30) days from the date of this order pay the civil filing fee of $350.00; if the fee is not paid the instant case will be dismissed without prejudice.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-0933 JF
ORDER RE CASE STATUS
(JFLC1)

1  IT IS SO ORDERED.

4  DATED: July 9, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. C 09-0933 JF
ORDER RE CASE STATUS
(JFLC1)

This Order has been served upon the following persons:

James Alan Bush
DWF967-08086698
Santa Clara County Jail
885 N. San Pedro Avenue
San Jose, CA 95110

James Alan Bush
DWF967-08086698
Santa Clara County Jail
701 South Abel Street
Milpitas, CA 95035