**United States District Court**
For the Northern District of California

\*E-Filed 03/22/2010\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, | No. C 09-0933 RS (PR) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| DEVON KLEIN, et al., | |
| Defendants. | |

On March 3, 2009, plaintiff James Alan Bush filed the instant action against Defendants Devon Klein and Sunnyvale Department of Public Safety (collectively, "Defendants"), alleging that Defendant Klein disclosed plaintiff's health condition to certain members of the public in violation of 42 U.S.C. § 1983.[1]  On March 11, 2009, plaintiff filed an application to proceed *in forma pauperis*.  On April 1, 2009, the Court denied the application without leave to amend.

Plaintiff subsequently filed a notice of appeal in the Court of Appeals with respect to the denial.  On June 30, 2009, plaintiff's appeal was dismissed for lack of jurisdiction.

---

[1] This action was reassigned from Judge Jeremy Fogel to Judge Richard Seeborg on March 18, 2010.

Thereafter, this Court ordered plaintiff to pay the filing fee of $350.00 by August 10, 2009. Plaintiff still has not paid the filing fee. Accordingly, plaintiff's complaint, and thereby the action, is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of Defendant, and close the file.

**IT IS SO ORDERED**.

DATED:  March 22, 2010

RICHARD SEEBORG
United States District Judge