**\*E-Filed 03/22/2010\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, | No. C 09-0933 RS (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEVON KLEIN, et al., | |
| Defendants. | |

The action having been dismissed, the Court hereby enters judgment in favor of Defendant. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: March 22, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-0933 RS (PR)
JUDGMENT